# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12-PO-138 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| STACEY L. JONES, | : | |
| Defendant. | : | |

## ORDER

On December 3, 2012, the Court heard oral argument by telephone with counsel for both sides concerning a November 29, 2012 violation report by U.S. Pretrial Services Officer Patrick M. Kennedy. Mr. Kennedy also participated in today's telephone call. In that report, Mr. Kennedy advised the Court that Defendant had violated the terms of her bond (which contained a provision that she not use alcohol at all) when Defendant admitted to consuming "three beers approximately two weeks ago." Recommendation at 2. Mr. Kennedy recommended that no action be taken at this time. The Court, having considered the matter fully, and having been advised that the Government has no objection to Mr. Kennedy's recommendation, agrees with his recommendation and finds that no action be taken at this time. The Court will, accordingly, sign an Order to that effect today. Defendant is **ADVISED**, however, that further violations of her bond terms, whether alcohol-related or a different violation, may well result in the revocation of her bond.

**IT IS SO ORDERED.**

December 3, 2012                                         s/ **Michael J. Newman**
                                                         United States Magistrate Judge